A CERTIFIED TRUE COPY

MAY 1 1 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED** APR 25 2007

MAY 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
CLERK'S OFFICE

*05-cv-1699*

*DOCKET NO. 1699*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)          07-CV-00693-MSK-MEH

### CONDITIONAL TRANSFER ORDER (CTO-63)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,067 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN  4 2007

**GREGORY C. LANGHAM**
CLERK

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By [signature]
                        Deputy Clerk
Date 5/21/07

**SCHEDULE CTO-63 - TAG-ALONG ACTIONS**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

**DIST. DIV. C.A.#**          **CASE CAPTION**

ALABAMA NORTHERN
　ALN  2  07-586          Shirley E. Vaughn, etc. v. Pfizer Inc., et al.

COLORADO
　CO  1  07-692          Catherine L. White v. Pfizer Inc.
　CO  1  07-693          Donald C. Behnke v. Pfizer Inc., et al.
　CO  1  07-694          David R. Dunn v. Pfizer Inc., et al.
　CO  1  07-695          L.H. Hardy v. Pfizer Inc., et al.
　CO  1  07-696          Darlene C. Smith v. Pfizer Inc., et al.

FLORIDA MIDDLE
　FLM  3  07-277          Lawrence Ardolino, et al. v. Pfizer Inc., et al.

ILLINOIS SOUTHERN
　ILS  3  07-126          Robert Miller v. G.D. Searle, LLC., et al.

LOUISIANA EASTERN
　LAE  2  07-1619          Patsy Baker, et al. v. Pfizer Inc., et al.

NEW JERSEY
　NJ  3  07-1647          Merrin Frost, etc. v. Pfizer Inc., et al.